IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02266-BNB

JEFFREY S. HENDERSON,

Plaintiff,

v.

TERRY MAKETA (Sheriff),
G. HEINLE (LT.), #90022, and
R. KING (COMM), #88010,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 8 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Jeffrey S. Henderson, is in the custody of the El Paso County Sheriff's Office and currently is incarcerated at the El Paso County Criminal Justice Center in Colorado Springs, Colorado. On August 31, 2010, Mr. Henderson submitted to the Court a Motion for Injunction, a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 and a Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915.

On September 16, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action, and denied Mr. Henderson leave to proceed pursuant to 28 U.S.C. § 1915. Magistrate Judge Boland noted that subsection (a)(1) of 28 U.S.C. § 1915 allows a litigant to commence a lawsuit without prepayment of fees or security therefor. However, "[t]here is no absolute right to proceed in court without paying a filing fee in civil matters." *Holmes v. Hardy*, 852 F.2d 151, 153 (5th Cir. 1988); *see also* 28 U.S.C. § 1914(a). Therefore, proceeding *in forma pauperis*

pursuant to § 1915, *i.e.* without paying a filing fee under § 1914, is a privilege extended to individuals unable to pay such a fee. *See Holmes*, 852 F.2d at 153.

Magistrate Judge Boland found that the certified copy of Mr. Henderson's account statement attached to his § 1915 motion and affidavit showed that he had an available balance of $1,497.40 in his inmate account as of August 26, 2010. Accordingly, Magistrate Boland determined that Mr. Henderson had sufficient funds to pay the $350.00 filing fee, and directed him to pay the full filing fee within thirty days. Mr. Henderson was warned that his action would be dismissed without further notice if he failed to pay the $350.00 filing fee within the time allowed.

Mr. Henderson has not communicated with the Court since August 31, 2010, and he has now failed to pay the $350.00 filing fee within the time allowed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Henderson's failure to pay the $350.00 filing fee within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 27th day of October, 2010.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02266-BNB

Jeffrey S. Henderson
Prisoner No. 00174666
Criminal Justice Center
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/28/10

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk